IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PYRAMID ETC COMPANIES LLC d/b/a ETC COMPANIES, LLC**,<br><br>*Plaintiff*,<br><br>v.<br><br>**CMP FIRE, LLC, et al.**,<br><br>*Defendants.* | Case No. 2:25-cv-01212-JDW |

## ORDER

**AND NOW**, this 7th day of March, 2025, upon review of the Notice Of Removal Of Defendant CMP Fire, LLC (ECF No. 1), I note as follows.

1. In the Complaint, Plaintiff Pyramid ETC Companies LLC dba ETC Companies, LLC ("ETC") alleges that it is a limited liability company. ETC also alleges that Defendants, CMP and Unique Design & Development, LLC, are limited liability companies as well.

2. In the Complaint and the Notice Of Removal, the Parties identify their respective headquarters, but that information is irrelevant for determining their citizenship. The citizenship of a limited liability company is determined by the citizenship of each of its members. *See Peace Church Risk Retention Grp. v. Johnson Controls Fire Prot. LP*, 49 F.4th 866, 870 (3d Cir. 2022). Thus, ETC's, CMP's, and Unique's citizenship depends on the citizenship of their individual members—not the state in which each one formed or where each maintains its principal place of business.

3. As the Party asserting that the Court has diversity of citizenship jurisdiction over this matter, CMP must have a good faith basis to allege that its members—and Unique's members—are not citizens of the same state where ETC's members are domiciled. *See Lincoln Ben. Life Co. v. AEI Life, LLC*, 800 F.3d 99, 107 (3d Cir. 2015).

4. Without these allegations, I cannot assess whether CMP's Notice Of Removal based on diversity of citizenship jurisdiction is proper. *See Guerra v. Consol. Rail Corp.*, 936 F.3d 124, 131 (3d Cir. 2019) (explaining that federal courts have "an independent obligation to determine whether subject-matter jurisdiction exist[s].").

Therefore, it is **ORDERED** that on or before March 14, 2025, CMP shall file an Amended Notice Of Removal that conforms with the pleading requirement set forth in *Lincoln Ben. Life Co. v. AEI Life, LLC*, 800 F.3d 99, 107 (3d Cir. 2015), so that I may determine whether diversity of citizenship jurisdiction exists.

It is **FURTHER ORDERED** that on or before March 14, 2025, CMP shall file the required disclosure statements pursuant to Fed. R. Civ. P. 7.1(a)(1) **and** (a)(2).

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.