## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| PYRAMID ETC COMPANIES LLC dba ETC COMPANIES, LLC, | : <br> : <br> : |
|  | : CIVIL ACTION |
| Plaintiff, | : |
|  | : |
| v. | : |
|  | : DOCKET NO. 2:25-cv-01212-JDW |
| CMP FIRE, LLC, and | : |
| UNIQUE DESIGN & DEVELOPMENT, LLC | : |
|  | : |
| Defendants. | : |
|  | : |

### DEFENDANT CMP FIRE, LLC'S AMENDED ANSWER TO COMPLAINT

Defendant, CMP Fire, LLC (hereinafter "CMP"), by and through its counsel, Maron Marvel Bradley Anderson & Tardy LLC, hereby files the within Amended Answer to Complaint of Plaintiff, Pyramid ETC Companies LLC dba ETC Companies, LLC (hereinafter "Plaintiff"), and avers Affirmative Defenses, Counterclaim, and Crossclaims, as follows:

### The Parties

1.      CMP is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph 1 and, therefore, denies same.

2.      CMP is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph 2 and, therefore, denies same.

3.      Admitted.

4.      Admitted in part and denied in part. It is admitted that CMP conducts business in the Commonwealth of Pennsylvania, and specifically in Philadelphia County. As to the

1

characterization of the profits or frequency of business by CMP by Plaintiff, the remaining averment is denied.

5.    The allegations of this paragraph 5 call for a conclusion of law to which no response is required. In the event that any such response is required, CMP denies that it maintains continuous and systematic contacts with Pennsylvania.

6.    The allegations of this paragraph 6 call for a conclusion of law to which no response is required. In the event that any such response is required, CMP denies that it has purposely availed itself of the opportunities and attendant benefits of its business operations in Pennsylvania

7.    CMP is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph 7 and, therefore, denies same.

8.    Denied. The following averment is not directed at CMP such that no response is required. In the event that any such response is required, CMP is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph 8 and, therefore, denies same.

9.    Denied. The following averment is not directed at CMP such that no response is required. In the event that any such response is required, CMP is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph 9 and, therefore, denies same.

10.    Denied. The following averment is not directed at CMP such that no response is required. In the event that any such response is required, CMP is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph 10 and, therefore, denies same.

11.     The allegations of this paragraph 11 call for a conclusion of law to which no response is required. In the event that any such response is required, CMP denies that this Court has specific or personal jurisdiction over it.

12.     CMP is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph 12 and, therefore, denies same.

13.     Admitted in part, denied in part. It is admitted that on or about March 7, 2024, ETC and CMP entered into a contract the terms of which are set forth in the Contracts attached as Exhibit. By way of further response, Exhibit A attached to the Complaint is a writing that speaks for itself, and therefore, no response is required.

14.     Admitted in part and denied in part. It is admitted that CMP engaged with Unique Design & Development, LLC (hereafter "Unique") to work on some of the renovations. As to the characterization by Plaintiff of the work to be performed by Unique, this matter is still being investigated, and therefore the remaining averment is denied.

15.     The allegations of this paragraph 15 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful conduct by CMP is denied. CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 15 and, therefore, denies same.

16.     The allegations of this paragraph 16 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful conduct by CMP is denied. CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 16 and, therefore, denies same.

17.     Any allegation of wrongful conduct or causation by CMP is denied. CMP denies the allegations contained in this paragraph 17 directed to it and is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 17 and, therefore, denies same.

18.     CMP is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph 18 and, therefore, denies same.

19.     Any allegation of wrongful conduct or causation by CMP is denied. CMP denies the allegations contained in this paragraph 19 directed to it and is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 19 and, therefore, denies same.

20.     Any allegation of wrongful conduct or causation by CMP is denied. Whether CMP's action is inconsistent with the promises and obligations under the Contract call for a conclusion of law to which no response is required.

21.     The allegations of this paragraph 21 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful conduct by CMP is denied. CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 21 and, therefore, denies same.

22.     The allegations of this paragraph 22 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful conduct by CMP is denied. CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 22 and, therefore, denies same.

23.     The allegations of this paragraph 23 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful conduct by CMP is denied. CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 23 and, therefore, denies same.

24.     The allegations of this paragraph 24 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful conduct by CMP is denied. CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 24 and, therefore, denies same.

25.     Admitted in part, denied in part. It is admitted that CMP entered into a relationship with Unique, to include but not limited to the coring of cement. As to the extent of the work to be performed is still under investigation and, therefore, denies same.

26.     Admitted in part, denied in part. It is admitted that CMP entered into a relationship with Unique . As to the characterization by Plaintiff of the terms, call for a conclusion of law to which no response is required, and, therefore, denies same.

27.     The allegations of this paragraph 27 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful conduct by CMP is denied. CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 27 and, therefore, denies same.

28.     The allegations of this paragraph 28 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful

conduct by CMP is denied. CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 28 and, therefore, denies same.

29.    The allegations of this paragraph 29 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful conduct by CMP is denied. CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 29 and, therefore, denies same.

30.    The allegations of this paragraph 30 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful conduct by CMP is denied. CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 30 and, therefore, denies same.

31.    The allegations of this paragraph 31 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of negligence or wrongful conduct by CMP is denied. CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 31 and, therefore, denies same.

### Statement of Material Facts – Breach of Contractual Duties to ETC

32.    Denied. Plaintiff's reference to a Contract is a writing that speaks for itself and any characterization of the same by Plaintiff is specifically denied. The allegations of this paragraph 32 call for a conclusion of law to which no response is required.

a.    Denied. Plaintiff's reference to a Contract is a writing that speaks for itself and any characterization of the same by Plaintiff is specifically denied. The allegations of this paragraph 32a call for a conclusion of law to which no response is required.

b.    Denied. Plaintiff's reference to a Contract is a writing that speaks for itself and any characterization of the same by Plaintiff is specifically denied. The allegations of this paragraph 32b call for a conclusion of law to which no response is required.

c.    Denied. Plaintiff's reference to a Contract is a writing that speaks for itself and any characterization of the same by Plaintiff is specifically denied. The allegations of this paragraph 32c call for a conclusion of law to which no response is required.

d.    Denied. Plaintiff's reference to a Contract is a writing that speaks for itself and any characterization of the same by Plaintiff is specifically denied. The allegations of this paragraph 32d call for a conclusion of law to which no response is required.

e.    Denied. Plaintiff's reference to a Contract is a writing that speaks for itself and any characterization of the same by Plaintiff is specifically denied. The allegations of this paragraph 32e call for a conclusion of law to which no response is required.

33.    Denied. Plaintiff's reference to a Contract is a writing that speaks for itself and any characterization of the same by Plaintiff is specifically denied. The allegations of this paragraph 33 call for a conclusion of law to which no response is required.

f.      Denied. Plaintiff's reference to a Contract is a writing that speaks for itself and any characterization of the same by Plaintiff is specifically denied.

(i).      Denied. Plaintiff's reference to a Contract is a writing that speaks for itself and any characterization of the same by Plaintiff is specifically denied. The allegations of this paragraph 33f(i) call for a conclusion of law to which no response is required.

(ii).      Denied. Plaintiff's reference to a Contract is a writing that speaks for itself and any characterization of the same by Plaintiff is specifically denied. The allegations of this paragraph 33f(ii) call for a conclusion of law to which no response is required.

g.      Denied. Plaintiff's reference to a Contract is a writing that speaks for itself and any characterization of the same by Plaintiff is specifically denied. The allegations of this paragraph 33g call for a conclusion of law to which no response is required.

h.      Denied. Plaintiff's reference to a Contract is a writing that speaks for itself and any characterization of the same by Plaintiff is specifically denied. The allegations of this paragraph 33h call for a conclusion of law to which no response is required.

i.      Denied. Plaintiff's reference to a Contract is a writing that speaks for itself and any characterization of the same by Plaintiff is specifically denied. The allegations of this paragraph 33i call for a conclusion of law to which no response is required.

34.    Denied. Plaintiff's reference to a Contract is a writing that speaks for itself and any characterization of the same by Plaintiff is specifically denied. The allegations of this paragraph 34 call for a conclusion of law to which no response is required.

35.    Denied. Plaintiff's reference to a Contract is a writing that speaks for itself and any characterization of the same by Plaintiff is specifically denied. The allegations of this paragraph 36 call for a conclusion of law to which no response is required.

36.    Denied. Plaintiff's reference to a Contract is a writing that speaks for itself and any characterization of the same by Plaintiff is specifically denied. The allegations of this paragraph 36 call for a conclusion of law to which no response is required.

37.    The allegations of this paragraph 37 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful conduct by CMP is denied. CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 37 and, therefore, denies same.

38.    Denied. After reasonable investigation, CMP is without knowledge or information sufficient to form a belief as to the truth of the averments. The same are therefore denied and demand strict proof thereof at Trial.

39.    Denied. After reasonable investigation, CMP is without knowledge or information sufficient to form a belief as to the truth of the averments. The same are therefore denied and demand strict proof thereof at Trial.

40.    CMP is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph 40 and, therefore, denies same. As to the entitlements

of Plaintiff under the Contract, the Contract is a writing that speaks for itself and any characterization of the same by Plaintiff is specifically denied.

41.     Denied. After reasonable investigation, CMP is without knowledge or information sufficient to form a belief as to the truth of the averments. The same are therefore denied and demand strict proof thereof at Trial.

42.     The allegations of this paragraph 42 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful conduct by CMP is denied. CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 42 and, therefore, denies same.

43.     The allegations of this paragraph 43 call for a conclusion of law to which no response is required.  In the event that any such response is required, any allegation of wrongful conduct by CMP is denied.  CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 43 and, therefore, denies same.

44.     The allegations of this paragraph 44 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful conduct by CMP is denied. CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 44 and, therefore, denies same.

## COUNT I

## BREACH OF CONTRACT - INSURANCE

### ETC V. CMP

45.     CMP incorporates by reference its answers to paragraph 1 through 44 above as though set forth at length herein.

46.     The allegations of this paragraph 46 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful conduct by CMP is denied.  CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 46 and, therefore, denies same.

47.     The allegations of this paragraph 47 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful conduct by CMP is denied.  CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 47 and, therefore, denies same.

48.     The allegations of this paragraph 48 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful conduct by CMP is denied. CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 48 and, therefore, denies same.

49.     The allegations of this paragraph 49 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful conduct or causation by CMP is denied. CMP is without sufficient knowledge or information to

form a belief as to the truth of the remaining allegations contained in this paragraph 49 and, therefore, denies same.

**WHEREFORE**, CMP demands judgment in its favor and against all other parties, together with fees, costs and any other relief that this Honorable Court may deem appropriate.

**COUNT II**

**BREACH OF CONTRACT - INDEMNITY AND HOLD HARMLESS OBLIGATIONS**

**ETC V. CMP**

50.    CMP incorporates by reference its answers to paragraph 1 through 49 above as though set forth at length herein.

51.    The allegations of this paragraph 51 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful conduct by CMP is denied. CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 51 and, therefore, denies same.

52.    The allegations of this paragraph 52 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful conduct by CMP is denied. CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 52 and, therefore, denies same.

53.    The allegations of this paragraph 53 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful conduct or causation by CMP is denied. CMP is without sufficient knowledge or information to

form a belief as to the truth of the remaining allegations contained in this paragraph 53 and, therefore, denies same.

**WHEREFORE**, CMP demands judgment in its favor and against all other parties, together with fees, costs and any other relief that this Honorable Court may deem appropriate.

## COUNT III

## BREACH OF CONTRACT - PERFORMANCE OF THE WORK

### ETC V. CMP

54.    CMP incorporates by reference its answers to paragraph 1 through 53 above as though set forth at length herein.

55.    Denied. Plaintiff's reference to a Contract is a writing that speaks for itself and any characterization of the same by Plaintiff is specifically denied.

56.    The allegations of this paragraph 56 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful conduct by CMP is denied. CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 56 and, therefore, denies same.

57.    The allegations of this paragraph 57 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful conduct or causation by CMP is denied. CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 57 and, therefore, denies same.

**WHEREFORE**, CMP demands judgment in its favor and against all other parties, together with fees, costs and any other relief that this Honorable Court may deem appropriate.

13

## COUNT IV

## UNJUST ENRICHMENT

### ETC V. CMP

58.    CMP incorporates by reference its answers to paragraph 1 through 57 above as though set forth at length herein.

59.    The allegations of this paragraph 59 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful conduct by CMP is denied. CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 59 and, therefore, denies same.

60.    The allegations of this paragraph 60 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful conduct by CMP is denied. CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 60 and, therefore, denies same.

61.    The allegations of this paragraph 61 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful conduct by CMP is denied. CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 61 and, therefore, denies same.

**WHEREFORE**, CMP demands judgment in its favor and against all other parties, together with fees, costs and any other relief that this Honorable Court may deem appropriate.

## COUNT V

## BREACH OF WARRANTY

## ETC V. CMP

62.     CMP incorporates by reference its answers to paragraph 1 through 61 above as though set forth at length herein.

63.     The allegations of this paragraph 63 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful conduct by CMP is denied. CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 63 and, therefore, denies same. By way of further response, Plaintiff's reference to a Contract is a writing that speaks for itself and any characterization of the same by Plaintiff is specifically denied.

64.     The allegations of this paragraph 64 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful conduct by CMP is denied. CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 64 and, therefore, denies same. By way of further response, Plaintiff's reference to a Contract is a writing that speaks for itself and any characterization of the same by Plaintiff is specifically denied.

65.     The allegations of this paragraph 65 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful conduct by CMP is denied. CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 65 and, therefore, denies same.

66.    The allegations of this paragraph 66 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful conduct or causation by CMP is denied. CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 66 and, therefore, denies same.

67.    The allegations of this paragraph 67 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful conduct or causation by CMP is denied. CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 67 and, therefore, denies same.

**WHEREFORE**, CMP demands judgment in its favor and against all other parties, together with fees, costs and any other relief that this Honorable Court may deem appropriate.

## COUNT VI

## NEGLIGENCE

**ETC V. CMP**

68.    CMP incorporates by reference its answers to paragraph 1 through 67 above as though set forth at length herein.

69.    The allegations of this paragraph 69 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful conduct by CMP is denied. CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 69 and, therefore, denies same.

70.     The allegations of this paragraph 70 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful conduct by CMP is denied. CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 70 and, therefore, denies same.

71.     The allegations of this paragraph 71 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful conduct by CMP is denied. CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 71 and, therefore, denies same.

72.     The allegations of this paragraph 72 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful conduct by CMP is denied. CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 72 and, therefore, denies same.

73.     The allegations of this paragraph 73 call for a conclusion of law to which no response is required. In the event that any such response is required, any allegation of wrongful conduct or causation by CMP is denied. CMP is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph 73 and, therefore, denies same.

**WHEREFORE**, CMP demands judgment in its favor and against all other parties, together with fees, costs and any other relief that this Honorable Court may deem appropriate.

## COUNT VII

## BREACH OF WARRANTY

### ETC V. UNIQUE

74.    CMP incorporates by reference its answers to paragraph 1 through 73 above as though set forth at length herein.

75.    Denied. The following averment is not directed at CMP such that no response is required. In the event that any such response is required, CMP is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph 75 and, therefore, denies same.

76.    Denied. The following averment is not directed at CMP such that no response is required. In the event that any such response is required, CMP is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph 76 and, therefore, denies same.

77.    Denied. The following averment is not directed at CMP such that no response is required. In the event that any such response is required, CMP is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph 77 and, therefore, denies same.

78.    Denied. The following averment is not directed at CMP such that no response is required. In the event that any such response is required, CMP is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph 78 and, therefore, denies same.

79.    Denied. The following averment is not directed at CMP such that no response is required. In the event that any such response is required, CMP is without sufficient knowledge or

information to form a belief as to the truth of the allegations contained in this paragraph 79 and, therefore, denies same.

80.     Denied. The following averment is not directed at CMP such that no response is required. In the event that any such response is required, CMP is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph 80 and, therefore, denies same.

**WHEREFORE**, CMP demands judgment in its favor and against all other parties, together with fees, costs and any other relief that this Honorable Court may deem appropriate.

### COUNT VIII

### NEGLIGENCE

**ETC V. UNIQUE**

81.     CMP incorporates by reference its answers to paragraph 1 through 81 above as though set forth at length herein.

82.     Denied. The following averment is not directed at CMP such that no response is required. In the event that any such response is required, CMP is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph 82 and, therefore, denies same.

83.     Denied. The following averment is not directed at CMP such that no response is required. In the event that any such response is required, CMP is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph 83 and, therefore, denies same.

84.     Denied. The following averment is not directed at CMP such that no response is required. In the event that any such response is required, CMP is without sufficient knowledge or

information to form a belief as to the truth of the allegations contained in this paragraph 84 and, therefore, denies same.

85.     Denied. The following averment is not directed at CMP such that no response is required. In the event that any such response is required, CMP is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph 85 and, therefore, denies same.

86.     Denied. The following averment is not directed at CMP such that no response is required. In the event that any such response is required, CMP is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph 86 and, therefore, denies same.

**WHEREFORE**, CMP demands judgment in its favor and against all other parties, together with fees, costs and any other relief that this Honorable Court may deem appropriate.

## AFFIRMATIVE DEFENSES

**FIRST DEFENSE**

Pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1406(a), this Court is the improper venue for this action.

**SECOND DEFENSE**

Plaintiff's claims are barred or diminished by the doctrine of unjust enrichment by Plaintiff.

**THIRD DEFENSE**

Plaintiff's claims are barred or diminished by their failure to mitigate damages.

**FOURTH DEFENSE**

Plaintiff's claims are barred or diminished in accordance with the principles of comparative negligence.

**FIFTH DEFENSE**

Plaintiff's claims are barred to the extent that ETC's damages alleged in the Complaint are the result of independent, unforeseeable, superseding and/or intervening causes.

**SIXTH DEFENSE**

CMP was not guilty of any negligence, whether by act of commission or omission, which was a proximate cause of the alleged accident, injuries and damages of which Plaintiff's complaint.

**SEVENTH DEFENSE**

CMP is entitled to a set off for any amounts of money paid or promised to the Plaintiff by others arising from those damages claimed and allegations contained in the Complaint.

**EIGHTH DEFENSE**

CMP reserves the right to use and/or request the application of other state laws in any proceedings, including trial, in this case.

## <u>CROSS-CLAIM</u>

Defendant, CMP Fire, LLC (hereinafter "CMP"), does hereby bring this Crossclaim against Co-Defendant, Unique Design & Development, LLC (hereafter "Unique"), in accordance with Federal Rule of Civil Procedure 13(g). If it is adjudicated that Plaintiff was damaged by the acts or omissions of CMP, or CMP is for any reason found to be liable to Plaintiff, which is specifically denied, then CMP incorporates Plaintiff's Complaint by reference, as if fully set forth at length herein, and any amendments thereto and, without admission, asserts that all other named

defendants, as well as all future named defendants and/or third party defendants, are alone liable, jointly and/or severally liable with CMP or liable over to CMP for contribution and/or indemnity.

**WHEREFORE**, CMP demands judgment in its favor and against all other parties, together with fees, costs and any other relief that this Honorable Court may deem appropriate.

Respectfully submitted,

**MARON MARVEL BRADLEY
ANDERSON & TARDY LLC**

Dated: April 29, 2025

*/s/ Alexander D. Lassoff*
Stephanie A. Fox, Esquire, PA I.D. No. 62785
Alexander D. Lassoff, Esquire, PA I.D. No. 331661
Three Logan Square
1717 Arch Street, Suite 3710
Philadelphia, PA 19103
Telephone: (215) 231-7100
E-mail: saf@maronmarvel.com
E-mail: alassoff@maronmarvel.com
*Attorneys for Defendant CMP Fire, LLC*

## <u>VERIFICATION</u>

I, Alexander D. Lassoff, Esquire, trial counsel for Defendant CMP Fire, LLC, am authorized to execute this Verification on behalf of Defendant CMP Fire, LLC, and verify under penalty of perjury that the averments set forth in the foregoing Amended Answer, Affirmative Defenses, and Cross-Claim are true and correct to the best of my personal knowledge, information, or belief. I understand that this Verification is made subject to the penalties of 18 Pa.C.S. Section 4904 relating to unsworn falsification to authorities.

**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**

*/s/ Alexander D. Lassoff*
Stephanie A. Fox, Esquire, PA I.D. No. 62785
Alexander D. Lassoff, Esquire, PA I.D. No. 331661
Three Logan Square
1717 Arch Street, Suite 3710
Philadelphia, PA 19103
Telephone: (215) 231-7100
E-mail: saf@maronmarvel.com
E-mail: alassoff@maronmarvel.com
*Attorneys for Defendant CMP Fire, LLC*

## CERTIFICATE OF SERVICE

The undersigned attorney for Defendant CMP Fire, LLC, hereby certifies that a true and correct copy of Defendant CMP Fire, LLC's Amended Answer to Complaint, Affirmative Defenses, Counterclaim, and Cross-Claim were filed electronically with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

ROBERT J. BALCH, ESQUIRE
R. JOSEPH HRUBIEC, ESQUIRE
POST & SCHELL, P.C.
3 LOGAN SQUARE, 24TH FLOOR
1717 ARCH STREET
PHILADELPHIA, PA 19103
*Attorneys for Plaintiff*

**MARON MARVEL BRADLEY
ANDERSON & TARDY LLC**

Dated: April 29, 2025                     */s/ Alexander D. Lassoff*
                                          Alexander D. Lassoff, Esquire, PA I.D. No. 331661